IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD D. KENNEDY, AIS 196984, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CA 13-0161-CG-C ) |
| MOBILE CIRCUIT COURT, | ) ) |
| Respondent. | ) |

# ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 9, 2013, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 19th day of April, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE