IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD D. KENNEDY, AIS 196984, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CA 13-0161-CG-C ) |
| MOBILE CIRCUIT COURT, | ) ) |
| Respondent. | ) |

**JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's motion for permission to file yet another 28 U.S.C. § 2254 petition is due to be, and is hereby, dismissed with prejudice for lack of jurisdiction. *See* 28 U.S.C. § 2244(b)(3)(A) ("Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application."). Kennedy is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 19th day of April, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE